UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GAMUCCI, LTD.

       Plaintiff,,

  v.                                    Case No. 10 CV 491

C.B. DISTRIBUTORS, INC.,

       Defendant,

## COMPLAINT

       Gamucci Ltd., by its undersigned attorneys, for its complaint against the defendant named above, alleges as follows:

       1.    Gamucci Ltd. ("Gamucci") is a British limited company with its principal place of business in London, United Kingdom.

       2.    C.B. Distributors, Inc. ("CB") is an Illinois corporation with its principal place of business in Beloit, Wisconsin.

       3.    This Court has jurisdiction over this matter and the parties to this action pursuant to 28 U.S.C. § 1332 in that the parties are of diverse citizenship and the matter in controversy exceeds $75,000 exclusive of interest and costs, and CB is subject to the jurisdiction of this Court under the Wisconsin long arm statute, Wis. Stat. § 801.05

       4.    Venue is proper in this district under 28 U.S.C. § 1391(a) and (c) because CB resides in this district, a substantial part of the events giving rise to this action occurred in this district and CB is subject to personal jurisdiction in this district.

MADI_2356721.1

5.      Gamucci is a manufacturer of an alternative to traditional cigarettes which are generically referred to as electronic cigarettes or e-cigarettes.

6.      Between August 2009 and April 2010, CB purchased product from Gamucci for resale in the United States.  At CB's insistence, Gamucci modified its standard packaging for its products to meet CB's specifications.  CB reviewed and approved all packaging before it was finalized and used for product shipped to CB.

7.      Between August 2009 and April 2010, Gamucci sold and shipped more than $2 million of product to CB, at CB's Beloit facilities.  Of that total, $453,404.07 remains unpaid.  True and correct copies of the unpaid invoices are attached as Exhibit A.

8.      Gamucci sent a letter to CB dated July 15, 2010 demanding payment of the balance due on the account, but CB has failed and refused to make payment.

WHEREFORE, Gamucci demands judgment as follows:

A.      For a money judgment against CB in the amount of $453,404.07, plus interest at the statutory rate from the date of judgment until paid.

B.      For its costs and fees as provided by law; and

C.      For such other and further relief as the Court may deem just and proper.

Dated this 27th day of August, 2010.

  /s Roberta F. Howell
Roberta F. Howell, State Bar No. 1000275
FOLEY & LARDNER LLP
150 East Gilman Street
Post Office Box 1497
Madison, Wisconsin  53701-1497
(608) 257-5035 (phone)
(608) 258-4258 (facsimile)
rhowell@foley.com

2

# EXHIBIT A



Unit 9 Imperial Studios,
Imperial Road, London
SW6 2AG
United Kingdom
Tel: +44 (0)870 471 7569
Fax: +44 (0)870 471 7594
Email: mail@gamucci.com
Web: www.gamucci.com

# INVOICE

| Invoice Address: | | | | | Invoice No: 2056 |
|---|---|---|---|---|---|
| C.B. Distributors, Inc<br>2500 Kennedy Drive<br>Beloit WI 53511 | | | | | Invoice Date: 21/08/2009 |
| | | | | | Customer Acc No:  CBDistributors_848 |
| | | | | | Reference: 004_CBDistributors |

| Product Code | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| EL_CONT<br>EL_MIC | EL_CONT (packs)<br>MC-ST-KIT | 600<br>64 | $6.79<br>$30.95 | $4074.00<br>$1980.80 |

| | | |
|---|---|---|
| Sub Total | $6054.80 |
| Delivery | $218.27 |
| VAT – 0.0% | $0.00 |
| Grand Total | $6273.07 USD |

**Payment Terms**: Immediate

Please make cheques payable to Gamucci Ltd

**Bank Details** (Paying by Bank transfer/BACS's)
Barclays Bank. Soho Branch, PO Box 4WA, 27 Soho Square, London, W1D 3QR
Account Name: Gamucci Ltd
Account Number: 55329899
Sort Code: 20-78-98
IBAN No: GB28BARC20789855329899
**CUSTOMER MUST ACCEPT ALL TRANSFER CHARGES – OTHERWISE GOODS WILL
NOT BE SHIPPED**



Unit 9 Imperial Studios,
Imperial Road, London
SW6 2AG
United Kingdom
Tel: +44 (0)870 471 7569
Fax: +44 (0)870 471 7594
Email: mail@gamucci.com
Web: www.gamucci.com

# INVOICE

| Invoice Address: | | | | Invoice No: 2065 | |
|---|---|---|---|---|---|
| C.B. Distributors, Inc<br>2500 Kennedy Drive<br>Beloit WI 53511 | | | | Invoice Date: 12/03/2010 | |
| | | | | Customer Acc No:  CBDistributors_848 | |
| | | | | PO: 009134 | |

| Product Code | Description | Quantity | Unit Price | Total | |
|---|---|---|---|---|---|
| EL_EX<br>EL_EXM | EX-ST-KIT<br>EX-MNT-KIT<br><br>Discount of $6,000 off express starter kits on PO 9009 | 11250<br>3750 | $12.00<br>$12.00 | $135,000.00<br>$45,000.00<br><br>$6000.00- | |
| | | | Sub Total | $174,000.00 | |
| | | | Delivery | TBA | |
| | | | VAT – 0.0% | $0.00 | |
| | | | Grand Total | $174,000.00USD | |

**Payment Terms**: Immediate

Please make cheques payable to Gamucci Ltd

**Bank Details** (Paying by Bank transfer/BACS's)
Barclays Bank. Soho Branch, PO Box 4WA, 27 Soho Square, London, W1D 3QR
Account Name: Gamucci Ltd
Account Number: 55329899
Sort Code: 20-78-98
IBAN No: GB28BARC20789855329899
**CUSTOMER MUST ACCEPT ALL TRANSFER CHARGES – OTHERWISE GOODS WILL NOT BE SHIPPED**



Unit 9 Imperial Studios,
Imperial Road, London
SW6 2AG
United Kingdom
Tel: +44 (0)870 471 7569
Fax: +44 (0)870 471 7594
Email: mail@gamucci.com
Web: www.gamucci.com

# INVOICE

| Invoice Address: | Invoice No: 9288 |
|---|---|
| C.B. Distributors, Inc<br>2500 Kennedy Drive<br>Beloit WI 53511 | Invoice Date: 19/04/2010 |
| | Customer Acc No:  CBDistributors_848 |
| | PO: 009172 |

| Product Code | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| CAR_MIR | MC-TB-R (50 cases) | 23000 | $4.50 | $103,500.00 |
| CAR_MIM | MC-MNT-R (50 cases) | 23000 | $4.50 | $103,500.00 |
| | | | Sub Total | $207,000.00 |
| | | | Delivery | $0.00 |
| | | | VAT – 0.0% | $0.00 |
| | | | Grand Total | $207,000.00 USD |

**Payment Terms**: Immediate

Please make cheques payable to Gamucci Ltd

**Bank Details** (Paying by Bank transfer/BACS's)
Barclays Bank. Soho Branch, PO Box 4WA, 27 Soho Square, London, W1D 3QR
Account Name: Gamucci Ltd
Account Number: 55329899
Sort Code: 20-78-98
IBAN No: GB28BARC20789855329899
**CUSTOMER MUST ACCEPT ALL TRANSFER CHARGES – OTHERWISE GOODS WILL NOT BE SHIPPED**



Unit 9 Imperial Studios,
Imperial Road, London
SW6 2AG
United Kingdom
Tel: +44 (0)870 471 7569
Fax: +44 (0)870 471 7594
Email: mail@gamucci.com
Web: www.gamucci.com

# INVOICE

| Invoice Address: | | | | | | Invoice No: 10053 | |
|---|---|---|---|---|---|---|---|
| C.B. Distributors, Inc<br>2500 Kennedy Drive<br>Beloit WI 53511<br><br>Federal ID: 36-4126789 | | | | | | Invoice Date: 20/04/2010 | |
| | | | | | | Customer Acc No: CBDistributors_848 | |
| | | | | | | PO: 009262 | |
| Product Code | Description | | | Quantity | Unit Price | Total | |
| CAR_MIR<br>CAR_MIL<br>CAR_MIZ | MC-TB-UL (1 case)<br>MC-TB-L (1 case)<br>MC-TB-Z | | | 460<br>460<br>40 | $4.50<br>$4.50<br>$4.50 | $2,070.00<br>$2,070.00<br>$180.00 | |
| | | | | | | Sub Total | $4,320.00 |
| | | | | | | Delivery | $0.00 |
| | | | | | | VAT – 0.0% | $0.00 |
| | | | | | | Grand Total | $4,320.00 USD |

**Payment Terms**: Immediate

Please make cheques payable to Gamucci Ltd

**Bank Details** (Paying by Bank transfer/BACS's)
Barclays Bank. Soho Branch, PO Box 4WA, 27 Soho Square, London, W1D 3QR
Account Name: Gamucci Ltd
Account Number: 55329899
Sort Code: 20-78-98
IBAN No: GB28BARC20789855329899
CUSTOMER MUST ACCEPT ALL TRANSFER CHARGES – OTHERWISE GOODS WILL
NOT BE SHIPPED



Unit 9 Imperial Studios,
Imperial Road, London
SW6 2AG
United Kingdom
Tel: +44 (0)870 471 7569
Fax: +44 (0)870 471 7594
Email: mail@gamucci.com
Web: www.gamucci.com

# INVOICE

| Invoice Address: | | | | | Invoice No: 1888 | |
|---|---|---|---|---|---|---|
| C.B. Distributors, Inc<br>2500 Kennedy Drive<br>Beloit WI 53511 | | | | | Invoice Date: 29/03/2010 | |
| | | | | | Customer Acc No:  CBDistributors_848 | |
| | | | | | Reference: 014_CBDistributors | |
| Product<br>Code | Description | | Quantity | Unit Price | Total | |
| EL_CONT<br>EL_MIC<br>CAR_MIC | Gamucci Continental (packs)<br>Gamucci Micro Starter Kit<br>Gamucci Micro Cartridges | | 7300<br>564<br>1330 | $5.60<br>$26.50<br>$4.50 | $40,880.00<br>$14,946.00<br>$5,985.00 | |
| | | | | | Sub Total | $61,811.00 |
| | | | | | Delivery | TBA |
| | | | | | VAT – 0.0% | $0.00 |
| | | | | | Grand Total | $61,811.00 USD |

**Payment Terms**: 60 days, stock received

Please make cheques payable to Gamucci Ltd

**Bank Details** (Paying by Bank transfer/BACS's)
Barclays Bank. Soho Branch, PO Box 4WA, 27 Soho Square, London, W1D 3QR
Account Name: Gamucci Ltd
Account Number: 55329899
Sort Code: 20-78-98
IBAN No: GB28BARC20789855329899
**CUSTOMER MUST ACCEPT ALL TRANSFER CHARGES – OTHERWISE GOODS WILL
NOT BE SHIPPED**